# United States District Court

_____ DISTRICT OF _____
NORTHERN MARIANA ISLANDS

WILLIAM KAIPAT as personal
representative of
Kimitosy Willy, deceased,

V.

TATSUYA OIKE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05 - 0025

FILED
Clerk
District Court

AUG - 8 2005

TO: (Name and address of defendant)

TATSUYA OIKE
Japan

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID G. BANES
O'Connor Berman Dotts & Banes
2nd Floor, Nauru Bldg.
Susupe, Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG - 5 2005

GALO L. PEREZ
CLERK

(BY) DEPUTY CLERK

DATE

LOREN A. SUTTON
Attorney at Law
Received: 8/5/05
Time: 3:50  By: yolly yolanda
☑ Deliver ☐ By Mail ☐ Fax

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 8/5/05 |
|---|---|
| NAME OF SERVER (PRINT) Jennifer O. Bautista | TITLE Legal secretary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Defendant's Attorney, Law Office of Loren Sutton, Garapan, Saipan MP 96950

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/8/05
         Date

Signature of Server

Address of Server: 2nd Floor, Nauru Bldg., Susupe, Saipan MP 96950

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.