```
                                              FILED
                                                Clerk
                                             District Court

LAW OFFICE OF LOREN A SUTTON              SEP 02 2005
LOREN A. SUTTON, ATTORNEY AT LAW
SUMMER HOLIDAY HOTEL, SUITE 7101      For The Northern Mariana Islands
P.O. BOX 5593 CHRB                    By _____
SAIPAN MP 96950                              (Deputy Clerk)

Counsel for Defendant

             IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN MARIANA ISLANDS

                                    ) CIVIL CASE NO. CV05-0025
WILLIAM KAIPAT as personal          )
representative of KIMITOSY          )
WILLY, deceased,                    )
         Plaintiff,                 )
                                    )
    vs.                             )   ANSWER TO COMPLAINT
                                    )
TATSUYA OIKE,                       )
                                    )
         Defendant                  )
                                    )
_____)
```

COMES NOW, Loren A. Sutton, by and for the Defendant, Tatsuya Oike, and answers the Complaint, seriatim, as follows:

1. Admitted

2. Defendant has insufficient knowledge to form a belief as to the truth or falsity of this allegation and it is therefore, denied.

3. Admitted

4. Admitted

5. Admitted

ORIGINAL

ENTERE

- 1 -

6. Admit that Defendant struck Kimitosy Willy and deny that Defendant was intoxicated and speeding.

7. Admit that an ambulance was called and Willy was taken to CHC where he later died. As to the rest of this allegation, Defendant has insufficient knowledge to form a belief as to the truth or falsity of the allegation and it is therefore denied.

8. Admitted that Defendant's scooter struck Willy, the rest of this allegation is denied.

9. Denied.

10. Answers to allegations in paragraphs 1 through 9 are hereby incorporated herein.

11. Admit that Willy died from severe injuries that required the services of medical personnel, deny the rest of this allegation.

12. Admit that decedent Willy suffered physical injury, deny the rest of this allegation.

13. Denied

14. Denied

15. Denied

16. Answers to allegations in paragraphs 1 through 15 are hereby incorporated herein.

17. Admitted.

18. Denied

19. Denied

20. Denied

21. Denied

22. Denied

FURTHER DEFENSES

A. Assumption of the Risk

B. Contributory Negligence and/or Comparative Negligence (*Uniform Comparative Fault Act*-P.L. 12-26).

C. Negligence of Another.

D. Accord and Satisfaction.

Defendant reserves the right to add further defenses as may be revealed as the result of discovery and does not waive his right to do so.

Defendant prays that Plaintiff take nothing and that the Court make such other rulings as are appropriate and just.

Respectfully submitted on this 2nd day of September 2005.

Loren A. Sutton
Counsel for Defendant
Bar No. F0179

VERIFICATION

I, Tatsuya Oike, am the Defendant in this action. I have read and understand the foregoing Answer to the Complaint

against me and hereby affirm and attest that the facts and answers contained therein are true and correct to the best of my knowledge and belief.

AUG-18, 2005
Dated

御池 達也
Tatsuya Oike, Defendant