FILED
Clerk
District Court

SEP 20 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff William Kaipat

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

WILLIAM KAIPAT as personal representative of KIMITOSY WILLY, deceased,

    Plaintiff,

vs.

TATSUYA OIKE,

    Defendant.

CIVIL CASE NO. 05-0025

NOTICE OF CONTINUANCE AND PROPOSED ORDER

As Defendant's counsel Loren Sutton is off-island until September 28, 2005, the Case Management Conference set for September 22, 2005 is continued until October 5, 2005 at 9:00 a.m.

Date: September 19, 2005.

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff William Kaipat

By: _____
DAVID G. BANES

1

*3184-01-050919-PL-NotContinuance&PropOrder-leb*

## ORDER

As Defendant's counsel Loren Sutton is off-island, the Case Management Conference set for September 22, 2005 is continued until October 5, 2005 at 900 a.m.

SO ORDERED: 9-20-05

_____
Hon. ALEX R. MUNSON

RECEIVED

SEP 1 9 2005

Clerk
District Court
For The Northern Mariana Islands

2

3184-01-050919-PL-NotContinuance&PropOrder-leb