```
1  LAW OFFICE OF LOREN A SUTTON
   LOREN A. SUTTON, ATTORNEY AT LAW
2  SUMMER HOLIDAY HOTEL, SUITE 7101
   P.O. BOX 5593 CHRB
3  SAIPAN MP 96950

4  Counsel for Defendant
```

F I L E D
Clerk
District Court

SEP 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| WILLIAM KAIPAT, as personal representative of KIMOTOSY WILLY, deceased, <br><br>   Plaintiff, <br><br>   vs. <br><br> TATSUYA OIKE, <br><br>   Defendant | CIVIL ACTION NO. 05-0025 <br><br> CASE MANAGEMENT CONFERENCE STATEMENT |

Counsel for Defendant, Loren A. Sutton, hereby submits the following Case Management Conference Statement pursuant to the Federal Rule of Civil Procedure 16 and Local Rule 16.2CJ:

(a)  Felipe Kalen-Not yet served.

PO 1 D. Smith-Not yet served

Antonia K. Satur-Not yet served.

Additional witnesses not yet identified or served pending further investigation.

- 1

(b) Jurisdiction and venue are properly pleaded in the Complaint.

(c) Expedited Track is appropriate.

(d) Possible Defendant's Motion for Summary Judgment.

(e) No discovery has taken place by either party as yet. The limitations on discovery for an expedited track case are acceptable.

(f) Trial in March 2006. Counsel has a trial set in Superior Court on March 13, 2006, probably one day in duration. Discovery cut-off 60 days prior to trial. Status and Settlement Conf. to be set at the Court's discretion.

(g) No special procedures are needed.

(h) No modifications are anticipated.

(i) Settlement prospects are poor, however it is possible that insurance may cover all or part of a prospective settlement.

(j) The Defendant is a resident of Japan and it is contemplated that he will only be able to travel to the CNMI for the trial.

(k) All dates may be set to accommodate the expedited track assignment. It is not yet known whether AON Insurance (for rental company that insured the Scooter

1    Defendant was riding) will be joined as a party or
2    will defend.
3    Respectfully submitted on this 29th day of September 2005.

                              */s/ Loren A. Sutton*
                              Loren A. Sutton
                              Counsel for Defendant
                              Bar No. F0179

- 3