Clerk
District Court

OCT - 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff William Kaipat

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| WILLIAM KAIPAT as personal representative of KIMITOSY WILLY, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TATSUYA OIKE,<br><br>Defendant. | CIVIL CASE NO. 05-0025<br><br>CASE MANAGEMENT CONFERENCE STATEMENT<br><br>DATE: OCT - 5 2005<br>TIME: 9:00 A.M. |

Plaintiff, by and through counsel, and in accordance with Rule 16(b) and (c), Fed.R.Civ.Pro. and Local Rule 16(e)(2) hereby submits his Case Management Conference Statement.

## INTRODUCTION

This is a wrongful death case resulting from a motor vehicle accident. Defendant Tatsuya Oike was operating a motor-scooter which struck and killed the decedent, Mr. Kimitosy Willy. The Plaintiff in this matter, Mr. William Kaipat, was duly appointed as the administrator of Mr. Willy's estate and brought this action in that capacity.

## CASE MANAGEMENT STATEMENT

(a)     Defendant Tatsuya Oike has been duly served.

(b)     Plaintiff believes the Court has jurisdiction and the venue properly lies with this Court as well.

(c)     Plaintiff believes this case should be assigned the Expedited Tract but allow each party to call expert witnesses and conduct discovery according to the limits set forth in the Standard Tract.

(d)     Plaintiff anticipates that he may file a Motion for Summary Judgment at the close of discovery.

(e)     Plaintiff anticipates discovery will be necessary and requests that the parties be allowed the limit for discovery set forth in the Standard Tract.

(f)     Plaintiff anticipates discovery can be accomplished within four months and trial can be sent in six to nine months.

(g)     Plaintiff does not anticipate the need for any special procedures except this case should be readily resolvable.  Plaintiff therefore requests a settlement conference within the month of November, 2005, before litigation costs impede the possibility for settlement.

(h)     Plaintiff requests that the Expedited Tract be modified to allow discovery and the potential testimony of expert witnesses.

(i) Plaintiff is open to any reasonable settlement of this matter provided it truly is fair and made early enough to avoid expensive litigation costs.

(j) This matter may be justly, efficiently and economically resolved if there is a settlement conference before litigation costs impede settlement prospects.

(k) The Court should set dates convenient for the Court and all parties and as discussed in items (c), (e), (f) and (g).

Dated: October 3, 2005

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff William Kaipat

By: _____
DAVID G. BANES
Bar ID #0171