Clerk
District Court

OCT - 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff William Kaipat

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| WILLIAM KAIPAT as personal representative of KIMITOSY WILLY, deceased,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TATSUYA OIKE,<br><br>　　　　Defendant. | CIVIL CASE NO. 05-0025<br><br>PROOF OF SERVICE |

The undersigned does hereby certify that copy of **CASE MANAGEMENT CONFERENCE STATEMENT** was served as follows:

By hand delivery on September 3, 2005 upon:

　　Law Offices of Loren A Sutton
　　Garapan, Saipan, MP 96950

Dated this 4th day of October, 2005.

_____
Alexander L. Lopez

1

3184-01-051004-ProofService-rcr