FILED
Clerk
District Court

NOV 04 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

Civil Action No. 05-0025

WILLIAM KAIPAT, as personal representative of KIMOTOSY WILLY, deceased,

Plaintiff,

vs.

TATSUYA OIKE,

Defendant,

Order Rescheduling Settlement Conference Time

David G. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

Loren A. Sutton
Attorney at Law
P.O. Box 5593
Saipan, MP 96950

IT IS ORDERED that the Settlement Conference in the above case set for Wednesday, November 9, 2005, at 10:00 a.m., is rescheduled to 8:00 a.m., on the same date.

DATED THIS 4th day of November, 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)